IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:19-cv0-03209-MDH |
| | ) | |
| MHM SUPPORT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 15). The parties stipulate that the matter should be dismissed with prejudice, each party to bear their own costs.

WHEREFORE, the Court **GRANTS** the parties' Stipulation of Dismissal With Prejudice and hereby dismisses this case in its entirety with prejudice with each party to bear their own costs.

**IT IS SO ORDERED.**

DATED: February 13, 2015

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**